BEFORE:   VIKTOR V. POHORELSKY                    DATE:         4/8/15
          U.S. MAGISTRATE JUDGE                   START TIME:   5:45 p.m.
                                                  END TIME:     6:00 p.m.
DOCKET NO.   CV-10-1917                           JUDGE:        JG

CASE NAME:   Bensinger v. Denbury Resources, Inc.

## CIVIL CONFERENCE

PURPOSE OF CONFERENCE:   Telephone

APPEARANCES:   Plaintiff      David Katz
               Defendant      Jessie Gabriel

SCHEDULING AND RULINGS:

1.  The parties only yesterday finally signed settlement documents. They will now turn to filing their motion for preliminary approval of the settlement.

2.  The next conference will held by telephone on **April 29, 2015 at 6:00 p.m.**, to be initiated by counsel for the plaintiff (Chambers: 718-613-2400). The conference will be marked off the calendar, however, if a motion for preliminary approval of the settlement has been made before the conference is held.